# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02771-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

BERNARD KENNETH RIVERS, JR.-EL,

    Plaintiff,

v.

ROBERT CHOATE,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a document titled "Jury Trial Demanded."  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
- (1)   __   is not submitted
- (2)   __   is not on proper form (must use the court's current form)
- (3)   __   is missing original signature by Plaintiff
- (4)   __   is missing affidavit
- (5)   __   affidavit is incomplete
- (6)   __   affidavit is not notarized or is not properly notarized
- (7)   __   names in caption do not match names in caption of complaint, petition or application
- (8)   __   other _____

**Complaint or Petition**:
(9)  \_\_  is not submitted
(10)  X   is not on proper form (must use the court's current form)
(11)  \_\_  is missing an original signature by the Plaintiff
(12)  \_\_  is incomplete
(13)  \_\_  uses et al. instead of listing all parties in caption
(14)  \_\_  names in caption do not match names in text
(15)  \_\_  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  \_\_  other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 31, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge